IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02140-RPM

ROBERT M. KIVLIGHN,

     Plaintiff,

v.

DENVER WEST MARRIOTT HOTEL, INC.,

     Defendant.

---

ORDER OF REMAND

---

     This civil action was removed from the District Court, City and County of Denver, Colorado, by a notice of removal, filed October 10, 2007, asserting jurisdiction based on diversity of citizenship and the amount in controversy as exceeding $75,000. The complaint does not include a specific amount claimed as damages. To support the claim of jurisdiction, the defendant submitted a civil cover sheet filed with the state court and an affidavit of an employee of the defendant stating that plaintiff's counsel had made an informal demand for an amount over $75,000. On October 24, 2007, the plaintiff filed an objection to removal and a motion for remand, stating that the plaintiff had subsequent to the notice of removal determined to limit the damages claim and would not claim more than $75,000 exclusive of allowable interest, costs and expenses. Based on that judicial admission of limited claim, the action is not within this court's subject matter jurisdiction and it therefore

ORDERED that this civil action is remanded to the District Court, City and County of Denver, Colorado.

Dated: October 25th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge